UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

SONIA TALAVERA, as Administrator of the
Estate of HERMAN TITO DIAZ,

                                              Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,
ANDREA HOSEY, HERTHA CAMPBELL,
MONEER ASRATALI, SHANA EVANS,
BRANDON MYERS, SHERONDA MCDONALD,
FANNY OSBORNE, JOON PARK, M.D.,
WALTER SAND, R.N., and MARIE GORDON, R.N.,

                                              Defendants.

~~PROPOSED~~ **ORDER TO UNSEAL INFORMATION PROTECTED BY N.Y. C.P.L. §§ 160.50 AND/OR 160.55**

22 Civ. 06670 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2023

-------------------------------------------------------------------- x

**UPON THE JOINT APPLICATION** of the plaintiff and Defendants City of New York, Hertha Campbell, Moneer Asratali, Shana Evans, Brandon Myers, Sherona McDoward, and Fanny Osborne ("City Defendants") for the production and/or unsealing of information concerning non-party inmates whose information may be sealed and protected from disclosure by New York Criminal Procedural Law §§ 160.50 and/or 160.55;

**WHEREAS** the information sought is material and relevant to the above-captioned civil action currently pending in the Southern District of New York; and

**WHEREAS** the Court has the inherent authority to unseal these records, to the extent they fall within the scope of CPL by New York Criminal Procedural Law §§ 160.50 and/or 160.55, in connection with this action, see, e.g., Schomburg v. Bologna, 298 F.R.D. 138, 141 (S.D.N.Y. 2014) ("Federal courts can and commonly do order production of documents sealed under Section 160.50");

**IT IS HEREBY ORDERED** that documents and information concerning non-party inmates whose information may be sealed and protected from disclosure by New York Criminal Procedural Law §§ 160.50 and/or 160.55 are unsealed and may be made available for use in this civil action.

**SO ORDERED.**

Dated: _____, 2023

New York, New York

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE